## ORDER

PER CURIAM:

Mr. Rolf A. Rosendahl appeals the trial court's dismissal of his petition seeking review of the revocation of his driving privileges. The trial court dismissed Mr. Rosendahl's petition with prejudice because it found he filed out of time.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

## ORDER

PER CURIAM.

Norman Brown appeals a judgment in favor of the State of Missouri under the Missouri Incarceration Reimbursement Act. For reasons explained in a Memorandum to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).

**STATE of Missouri, ex rel. Chris KOSTER, Missouri Attorney General, Respondent,**

v.

**Norman BROWN, Appellant.**

**No. WD 72309.**

Missouri Court of Appeals,
Western District.

Jan. 11, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2011.

Norman Brown, Licking, MO, pro se.

Megan K. Fewell, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH and GARY D. WITT, Judges.

**Sherry BYRNE and Classic Cottages, LLC, Plaintiffs–Respondents,**

v.

**Josh MOORE and Ann Moore, Defendants–Appellants.**

**No. SD 30631.**

Missouri Court of Appeals,
Southern District,
Division Two.

Jan. 18, 2011.

